UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD FRANK LINT, JR.,

    Petitioner,

v.                                                                    CASE NO. 09-10044
                                                   HONORABLE GEORGE CARAM STEEH

JOHN PRELESNIK,

    Respondent.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED**. Judgment is entered in favor of respondent and against petitioner.

                                                  _____
                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  BY: s/Josephine Chaffee
                                                      DEPUTY COURT CLERK

Dated: July 29, 2011